IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES J. GOLDBLUM, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>EDWARD KLEM, Superintendent, )<br>SCI Mahanoy; DISTRICT ATTORNEY )<br>OF ALLEGHENY COUNTY, )<br>PENNSYLVANIA; and THE ATTORNEY )<br>GENERAL OF THE COMMONWEALTH )<br>OF PENNSYLVANIA, )<br>)<br>Respondents. ) | Civil Action No. 04 - 520<br><br>Judge Arthur J. Schwab /<br>Magistrate Judge Lisa Pupo Lenihan |

### ORDER

The above captioned Petition was received by the Clerk of Court on April 2, 2004, and was referred to United States Magistrate Judge Ila Jeanne Sensenich for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The case was transferred to Magistrate Judge Lisa Pupo Lenihan on April 12, 2004.

The magistrate judge's Report and Recommendation (Doc. No. 37), filed on October 28, 2005, recommended that the petition for writ of habeas corpus be dismissed and that a certificate of appealability be denied. Service was made on all counsel of record and they were informed that in accordance with Magistrates Act, 28 U.S.C. § 636(b)(1)(B) and (c), and Rule 72.1.4(B) of the Local Rules for Magistrates, that they had ten (10) days to file any objections. After being granted an extension of time, Petitioner filed objections to the report and recommendation on November 25,

2005. Respondents have not filed a response to the objections. After review of the pleadings and the documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

> **AND NOW**, this 13th day of December, 2005;
>
> **IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DISMISSED**.
>
> **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.
>
> **IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 37) of Magistrate Judge Lenihan, dated October 28, 2005, is adopted as the opinion of the court.

                                                s/Arthur J. Schwab
                                                **Arthur J. Schwab**
                                                **U.S. District Judge**

cc:        Lee Markovitz
           1220 Grant Building
           Pittsburgh, PA 15219

           Chris Rand Eyster
           100 Ross Street
           Suite 304
           Pittsburgh, PA 15219-2013

           Ronald M. Wabby, Jr.
           Office of the District Attorney
           401 Allegheny County Courthouse
           Pittsburgh, PA 15219